SHERYL K. ITH (SBN 225071)
sith@cookseylaw.com
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
(714) 431-1100; FAX: (714) 431-1119

Attorneys for EXETER FINANCE LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>JOE GENE ARCHULETA, JR.,<br><br>Debtor. | Case No.: 6:22-bk-13692-RB<br><br>Chapter 13<br><br>STIPULATION RESOLVING EXETER FINANCE LLC'S OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN<br><br>Confirmation Hearing:<br>Date:    02/22/2023<br>Time:   11:00 am<br>Ctrm:    303 |

Secured Creditor, EXETER FINANCE LLC ("Exeter"), by and through its attorneys of record, Cooksey, Toolen, Gage, Duffy & Woog, P.C., by Sheryl K. Ith, and Debtor, JOE GENE ARCHULETA, JR. ("Debtor"), by and through his attorney of record, Rabin J. Pournazarian (hereinafter collectively referred to as the "Parties"), hereby submit the following Stipulation Resolving Exeter's Objection to Confirmation.

WHEREAS, on September 30, 2022, Debtor filed Bankruptcy Case No. 6:22-bk-13692-RB, which included the debt associated with the purchase of a 2021 Jeep Cherokee, VIN: 1C4PJMLB4MD143550 (the "Vehicle") financed by Exeter;

WHEREAS, on October 18, 2022, Exeter filed its Objection to Confirmation of Debtor's Proposed Chapter 13 Plan (Docket no. 18);

WHEREAS, on December 13, 2022, Debtor filed his 1st amended Chapter 13 Plan (Docket no. 31), which partially resolves Exeter's Objection;

WHEREAS, the Parties agree that, due to the non-filing co-debtor, Bryan Michel Peterman, Exeter shall retain its lien on the Vehicle until the underlying debt has been paid in full as determined under nonbankruptcy law.

NOW, THEREFORE, in consideration of the above recitals, sufficiency of which is hereby acknowledged,

IT IS STIPULATED that, due to the non-filing co-debtor, Bryan Michel Peterman, Exeter shall retain its lien on the Vehicle until the underlying debt has been paid in full as determined under nonbankruptcy law; and

IT IS FURTHER STIPULATED that Exeter's Objection to Confirmation is hereby resolved and is deemed withdrawn upon entry of the Order approving this Stipulation.

**IT IS SO STIPULATED.**

Dated: 1/26/23

By: _____
RABIN J. POURNAZARIAN
Attorney for Debtor

Dated: 1/26/2023

By: _____
SHERYL K. ITH
Attorney for Exeter Finance LLC

2                                STIPULATION RESOLVING OBJECTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**535 ANTON BLVD., 10TH FLOOR; COSTA MESA, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RESOLVING EXETER FINANCE LLC'S OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 26, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Rod Danielson (TR)    notice-efile@rodan13.com
- Nichole Glowin    bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
- Keith E Herron    keith@herronandassociates.com, herronkr94110@notify.bestcase.com
- Sheryl K Ith    sith@cookseylaw.com
- Rabin Pournazarian    enotice@pricelawgroup.com, rabin@pricelawgroup.com
- Arvind Nath Rawal    arawal@aisinfo.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 26, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR:**
Joe Gene Archuleta, Jr.
26706 Syracuse Court
Hemet, CA 92544

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 26, 2023 | Gilbert Carreon | /s/ Gilbert Carreon |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**